### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donna M. Rago <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-15404 ELF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION, and index same on the master mailing list.

Re: Loan # Ending In: 4706

                                            Respectfully submitted,

                                            **/s/Joshua I. Goldman, Esquire**
                                            Joshua I. Goldman, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406