*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Donna M. Rago : Case No. 16–15404–elf
    Debtor(s)

## *ORDER*
_____

AND NOW, this day , November 23 ,2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Eric L. Frank
        Chief Judge , United States Bankruptcy Court

17
Form 195