United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15404-elf
Donna M. Rago                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Nov 23, 2016
                                Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2016.
db          +Donna M. Rago,   1015 Bedlington Pl.,   Bensalem, PA 19020-4828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2016 at the address(es) listed below:
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        PAUL H. YOUNG    on behalf of Debtor Donna M. Rago ykassoc@gmail.com, ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                            TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Donna M. Rago                                                          : Case No. 16–15404–elf
       Debtor(s)

### ORDER
_____

AND NOW, this day , November 23 ,2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

17
Form 195